IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN PHARR, § | |
|     Plaintiff, § | |
| § | |
| vs. § | |
| § | Civil No. 1:14-CV-762-LY |
| CHRISTOPHER WILLE, STEVEN § | |
| McDANIEL and ART ACEVEDO AS CHIEF § | |
| OF AUSTIN POLICE DEPARTMENT and § | |
| THE CITY OF AUSTIN, § | |
|     Defendants. § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
REDACTED SUMMARY JUDGMENT EVIDENCE**

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

Comes Now Plaintiff, John Pharr, and files Plaintiff's Unopposed Motion for Leave to File Redacted Summary Judgment Evidence. This motion is filed pursuant to agreement of the parties, Texas Government Code §§552.117 and 552.1175, Local Rule CV 5.2, and the Confidentiality and Protective Order (Doc. 27). Plaintiff respectfully shows:

On February 26, 2016, Plaintiff filed Plaintiff's Response to Motions for Summary Judgment of Defendants' Wille and McDaniel (Doc. 45); and, Plaintiff's Response to Motions for Summary Judgment of Defendants' City of Austin and Art Acevedo (Doc. 46). In support of those motions, Pharr submitted a non-redacted police offense report as exhibits (Doc 45-2, Exhibit B) and (Doc 46-2, Exhibit B), which included private address, dates of birth and phone numbers. Additionally, Pharr submitted a non-redacted certified copy of Defendant Christopher Wille's deposition as exhibits (Doc 45-6, Exhibit F) and (Doc 46-6, Exhibit F), which included confidential recruiting information, psychological evaluation information, family member identities and a date of birth for Officer Wille. This information is considered confidential personal information and

confidential personnel files of law enforcement officers maintained by the City pursuant to Texas law. TEX. LOCAL GOV'T CODE §143.089(g); TEX. GOVT CODE §§552.117 and 552.1175.  The records contain highly confidential information that would violate the personal privacy interests of Defendant Christopher Wille, his family members, and persons listed in the police report, if released to the public.  Additionally, the psychological evaluation records in the deposition contain proprietary information.

Therefore, and in order to protect the aforementioned confidential information, Plaintiff respectfully asks the court to permit the filing of the following redacted exhibits as evidence in place of the exhibits listed, which are already on file, as follows:

1. **Exhibit B -** redacted police offense report attached hereto and to replace (Doc 45-2, Ex B) in Plaintiff's Response to Motions for Summary Judgment of Defendants' Wille and McDaniel;

2. **Exhibit B -** redacted police offense report attached hereto and to replace (Doc 46-2, Ex B) in Plaintiff's Response to Motions for Summary Judgment of Defendants' City of Austin and Art Acevedo;

3. **Exhibit F -** Defendant Christopher Wille's certified deposition attached hereto and to replace (Doc 45-6, Ex F) in Plaintiff's Response to Motions for Summary Judgment of Defendants' Wille and McDaniel; and,

4. **Exhibit F -** Defendant Christopher Wille's certified deposition attached hereto and to replace (Doc 46-6, Ex F) in Plaintiff's Response to Motions for Summary Judgment of Defendants' City of Austin and Art Acevedo.

The above evidence has previously been produced in discovery and labeled "confidential" or "attorney's eyes only," under the court's protective order or contains information that would violate personal privacy interests.

## PRAYER FOR RELIEF

For the reasons outlined above, Plaintiff respectfully requests that the referenced redacted summary judgment evidence be filed in place of the existing non-redacted summary judgment evidence.

RESPECTFULLY SUBMITTED,


By: /s/
    BATRICE LAW FIRM
    Paul Batrice
    State Bar No. 24048344
    1114 Lost Creek Blvd., Suite 440
    Austin, Texas 78746
    (512) 600-1000 (Phone)
    (512) 600-0217 (Fax)
    E: Paul@Batricelawfirm.com


    Randall B. Wood
    State Bar No. 21905000 2700
    Bee Caves Road, #200
    Austin, Texas 78746
    (512) 328-8877 (Phone)
    (512) 328-1156 (Fax)
    E: Buckwood@raywoodlaw.com

    Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Lynn Carter, counsel for Defendants, on March 2, 2016 and she advised that Defendants are unopposed to this motion.

/s/_____
Paul Batrice

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon all counsel of record, pursuant to the Federal Rules of Civil Procedure, on ___March 3, 2016___.

*<u>Via Electronic Service</u>*
Lynn E. Carter
City of Austin Law Department
P.O. Box 1546
Austin, Texas 78767-1546
Email: lynn.carter@austintexas.gov

/s/_____
Paul Batrice